# EXHIBIT 1

LAW OFFICES

# McMANUS CONSTRUCTION LAW, LLC

Brookhaven Office Park
1245 Brooklawn Road NE
Atlanta, Georgia 30319

TELEPHONE 404-433-3412
FACSIMILE 404-390-3050

*jcmpc@me.com*

**John C. McManus**
Direct Dial:
678.397.1014

December 2, 2024

Daniel Ortiz
Capri Cork LLC DBA
LITITZ Flooring Company
daniel@lititzflooring.com

      Re:  Project:  Overton Park Apartments:  AVA Glue Down
           Claim NV-3670
                Re:  Product Liability Claim

Dear Mr. Ortiz:

    Please be advised that my firm represents American Flooring in connection with the referenced matter.  While we appreciate your offer of settlement dated November 22, 2024 offering to replace the flooring at no additional cost to American Flooring, my client is responsible to the owner for removing and reinstalling the flooring, in addition to all costs associated with plumbing removal and replacement.

    We are in the process of removing your defective flooring and will advise of all costs American Flooring incurs in the recovery process.

    Under the provisions of O.C.G.A. § 51-1-11, et seq LITITZ is liable for all damages shown under O.C.G.A. § 24-4-407. A preliminary estimate of removal and replacement costs we believe to be approaching $675,000.  American Flooring has commenced the corrective work necessitated as a result of your defective product supplied to the Project You may begin to mitigate your damages, now, by having your legal counsel contact me to define the terms of resolution.  Hearing nothing in the next forty-eight (48) hours, we will file suit.

                    Sincerely,

                    John C. McManus

cc: Client via email
    Timothy W. Bailey, Esq.