# EXHIBIT 2

 Gmail

Trey Ross <trey@treyrosslaw.com>

---

## American Flooring Services, Inc. v. Capri Cork, LLC (Contact with counsel)

John McManus <jcmpc@me.com>                                     Thu, Feb 20, 2025 at 12:14 PM
To: Trey Ross <trey@treyrosslaw.com>

Yes, controversy exceeds $75,000. Federal court is most appropriate.

Thanks!

John

McManus Construction Law, LLC
1245 Brooklawn RD NE
Brookhaven, GA. 30319
jcmpc@me.com
404.433.3412

> On Feb 20, 2025, at 12:11 PM, Trey Ross <trey@treyrosslaw.com> wrote:

Noted. **Do you agree that the amount in controversy exceeds $75,000?** I need that in writing.



**Trey Ross, M.Ed., Esq.**
The Law Office of Trey Ross, P.C.
5425 Peachtree Pkwy
Suite 203
Peachtree Corners, GA 30092
**Phone:** 678-362-7576
**Fax:** 1-301-969-2194
**Website:** www.treyrosslaw.com
*Founder of* www.BillYourTime.com
Member of Georgia Defense Lawyers Association (GDLA)



**This e-mail is intended only for the addressee(s) named above. The information contained in this e-mail, and any attachment(s) thereto, are intended only for the personal and confidential use of the designated addressee(s). This message may be an attorney-client communication; if so, it should be considered privileged and confidential. If the reader of this message is not an intended recipient or an agent responsible for delivering it to an intended recipient, you are hereby notified that you have received this e-mail in error, and that any review, retention, dissemination, distribution, or copying of this information is strictly prohibited, and may be subject to penalties under the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521 and other applicable laws. If you have received this communication in error, please notify the sender immediately by reply e-mail and permanently delete this e-mail message and any accompanying attachment(s). Thank you.**

**A portion of this firm's practice includes collection of consumer debts. Any information received may be used for the purpose of collecting a consumer debt.**

> On Thu, Feb 20, 2025 at 11:53 AM John McManus <jcmpc@me.com> wrote:
>> Trey, I can make 2:00. I will call you if convenient.
>>
>> John
>>
>> McManus Construction Law, LLC
>> 1245 Brooklawn RD NE
>> Brookhaven, GA 30319
>> jcmpc@me.com

404.433.3412

On Feb 20, 2025, at 11:40 AM, Trey Ross <trey@treyrosslaw.com> wrote:

Does 1:00 p.m. today work for you? As you know, we've scheduled conference calls twice, and both times, you were a "no-show." I humbly ask that we make our next appointment a top priority.

Also, we plan to move the case to federal court, so there is no need to transfer it to Paulding County. **Do you agree that the amount in controversy exceeds $75,000?**



**Trey Ross, M.Ed., Esq.**
The Law Office of Trey Ross, P.C.
5425 Peachtree Pkwy
Suite 203
Peachtree Corners, GA 30092
**Phone:** 678-362-7576
**Fax:** 1-301-969-2194
**Website:** www.treyrosslaw.com
*Founder of* www.BillYourTime.com
Member of Georgia Defense Lawyers Association (GDLA)



**This e-mail is intended only for the addressee(s) named above. The information contained in this e-mail, and any attachment(s) thereto, are intended only for the personal and confidential use of the designated addressee(s). This message may be an attorney-client communication; if so, it should be considered privileged and confidential. If the reader of this message is not an intended recipient or an agent responsible for delivering it to an intended recipient, you are hereby notified that you have received this e-mail in error, and that any review, retention, dissemination, distribution, or copying of this information is strictly prohibited, and may be subject to penalties under the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521 and other applicable laws. If you have received this communication in error, please notify the sender immediately by reply e-mail and permanently delete this e-mail message and any accompanying attachment(s). Thank you.**

**A portion of this firm's practice includes collection of consumer debts. Any information received may be used for the purpose of collecting a consumer debt.**

On Wed, Feb 19, 2025 at 4:59 PM John McManus <jcmpc@me.com> wrote:
Sorry, today's schedule is not working.  What's a good time to try for tomorrow morning / afternoon?

John

McManus Construction Law, LLC
1245 Brooklawn Road Northeast
Brookhaven, GA. 30319

404.433.3412
jcmpc@me.com

On Feb 19, 2025, at 4:50 PM, Trey Ross <trey@treyrosslaw.com> wrote:

I just tried calling you. Is now still a good time?



Martindale-Hubbell®

**Trey Ross, M.Ed., Esq.**
The Law Office of Trey Ross, P.C.
5425 Peachtree Pkwy
Suite 203
Peachtree Corners, GA 30092
**Phone:** 678-362-7576
**Fax:** 1-301-969-2194
**Website:** www.treyrosslaw.com
*Founder of* www.BillYourTime.com
Member of Georgia Defense Lawyers Association (GDLA)



**This e-mail is intended only for the addressee(s) named above. The information contained in this e-mail, and any attachment(s) thereto, are intended only for the personal and confidential use of the designated addressee(s). This message may be an attorney-client communication; if so, it should be considered privileged and confidential. If the reader of this message is not an intended recipient or an agent responsible for delivering it to an intended recipient, you are hereby notified that you have received this e-mail in error, and that any review, retention, dissemination, distribution, or copying of this information is strictly prohibited, and may be subject to penalties under the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521 and other applicable laws. If you have received this communication in error, please notify the sender immediately by reply e-mail and permanently delete this e-mail message and any accompanying attachment(s). Thank you.**

**A portion of this firm's practice includes collection of consumer debts. Any information received may be used for the purpose of collecting a consumer debt.**

On Wed, Feb 19, 2025 at 11:17 AM John McManus <jcmpc@me.com> wrote:
> This confirms that the demand letter reflects the understanding of the parties at the time it was tendered.
>
> We are considering removing the action to Paulding County Superior Court.
>
> Talk with you at 4:45 this afternoon.
>
> John
>
> jcmpc@me.com
> 404.433.3412

>> On Feb 19, 2025, at 10:36 AM, Trey Ross <trey@treyrosslaw.com> wrote:
>>
>> I won't be backa my desk until 4:45 p.m., can we chat then?
>>
>> Also, can you confirm that the demand letter in my last email reflects what American Flooring is claiming as damages? I need that in writing.
>>
>> Trey
>>
>> On Wednesday, February 19, 2025, John McManus <jcmpc@me.com> wrote:
>>> Trey, I'm all over the place today.  Will you be available for a call at 4:30 this afternoon?
>>>
>>> If convenient, I will call you then.
>>>
>>> John
>>>
>>> McManus Construction Law, LLC
>>> 1245 Brooklawn RD NE
>>> Brookhaven, GA. 30319
>>> jcmpc@me.com
>>> 404.433.3412

>>>> On Feb 14, 2025, at 1:33 PM, John McManus <jcmpc@me.com> wrote:

Yes.  I will place a call to you at 3:30.

Regards,

John

jcmpc@me.com
404.433.3412

> On Feb 14, 2025, at 11:35 AM, Trey Ross
> <trey@treyrosslaw.com> wrote:
>
> Thanks sir. Does 3:30 p.m. work?



**Trey Ross, M.Ed., Esq.**
The Law Office of Trey Ross, P.C.
5425 Peachtree Pkwy
Suite 203
Peachtree Corners, GA 30092
**Phone:** 678-362-7576
**Fax:** 1-301-969-2194
**Website:** www.treyrosslaw.com
*Founder of* www.BillYourTime.com
Member of Georgia Defense Lawyers Association (GDLA)



**This e-mail is intended only for the addressee(s) named above. The information contained in this e-mail, and any attachment(s) thereto, are intended only for the personal and confidential use of the designated addressee(s). This message may be an attorney-client communication; if so, it should be considered privileged and confidential. If the reader of this message is not an intended recipient or an agent responsible for delivering it to an intended recipient, you are hereby notified that you have received this e-mail in error, and that any review, retention, dissemination, distribution, or copying of this information is strictly prohibited, and may be subject to penalties under the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521 and other applicable laws. If you have received this communication in error, please notify the sender immediately by reply e-mail and permanently delete this e-mail message and any accompanying attachment(s). Thank you.**

**A portion of this firm's practice includes collection of consumer debts. Any information received may be used for the purpose of collecting a consumer debt.**

On Fri, Feb 14, 2025 at 11:10 AM John McManus
<jcmpc@me.com> wrote:
> Good Morning, Trey!
>
> Thank you for your kind introduction….wishing you the same.
>
> I will send over the Complaint shortly.  No discovery has been served.  If convenient, I will call you at 2:30 this afternoon to discuss the case.
>
> John
>
> John C. McManus

McManus Construction Law, LLC
1245 Brooklawn Road Northeast
Brookhaven, GA. 30319

404.433.3412
jcmpc@me.com

> On Feb 14, 2025, at 10:14 AM, Trey Ross
> <trey@treyrosslaw.com> wrote:
>
> Attorney McManus,
>
> I pray this message finds you blessed and
> overcoming in all things. I'm Tremaine
> "Trey" Ross, an attorney based in Gwinnett
> County. I'll be one of the attorneys
> representing Capri Cork in *American
> Flooring Services v. Capri Cork, LLC* (Civil
> Action No. 25CV001126) currently pending
> in Fulton County's Superior Court.
>
> I have authority to accept service on behalf
> of Capri Cork. Please send over a copy of
> the complaint and any written discovery
> requests you have prepared as soon as
> possible.
>
> **Also, will you have a few minutes to
> discuss this case today?**
>
> Looking forward to working with you in this
> case,
>
> Trey



**Trey Ross, M.Ed., Esq.**
The Law Office of Trey Ross, P.C.
5425 Peachtree Pkwy
Suite 203
Peachtree Corners, GA 30092
**Phone:** 678-362-7576
**Fax:** 1-301-969-2194
**Website:** www.treyrosslaw.com
*Founder of* www.BillYourTime.com
Member of Georgia Defense Lawyers
Association (GDLA)

**This e-mail is intended only for the
addressee(s) named above. The
information contained in this e-mail, and
any attachment(s) thereto, are intended
only for the personal and confidential
use of the designated addressee(s).
This message may be an attorney-client
communication; if so, it should be
considered privileged and confidential.
If the reader of this message is not an**

intended recipient or an agent responsible for delivering it to an intended recipient, you are hereby notified that you have received this e-mail in error, and that any review, retention, dissemination, distribution, or copying of this information is strictly prohibited, and may be subject to penalties under the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521 and other applicable laws. If you have received this communication in error, please notify the sender immediately by reply e-mail and permanently delete this e-mail message and any accompanying attachment(s). Thank you.

A portion of this firm's practice includes collection of consumer debts. Any information received may be used for the purpose of collecting a consumer debt.

--



**Trey Ross, M.Ed., Esq.**
The Law Office of Trey Ross, P.C.
5425 Peachtree Pkwy
Suite 203
Peachtree Corners, GA 30092
**Phone:** 678-362-7576
**Fax:** 1-301-969-2194
**Website:** www.treyrosslaw.com
*Founder of* www.BillYourTime.com
Member of Georgia Defense Lawyers Association (GDLA)



This e-mail is intended only for the addressee(s) named above. The information contained in this e-mail, and any attachment(s) thereto, are intended only for the personal and confidential use of the designated addressee(s). This message may be an attorney-client communication; if so, it should be considered privileged and confidential. If the reader of this message is not an intended recipient or an agent responsible for delivering it to an intended recipient, you are hereby notified that you have received this e-mail in error, and that any review, retention, dissemination, distribution, or copying of this information is strictly prohibited, and may be subject to penalties under the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521 and other applicable laws. If you have received this communication in error, please notify the sender immediately by reply e-mail and permanently delete this e-mail message and any accompanying attachment(s). Thank you.

A portion of this firm's practice includes collection of consumer debts. Any information received may be used for the purpose of collecting a consumer debt.