IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| **AMERICAN FLOORING SERVICES, INC.** PLAINTIFF, | : : : : : : |
| V. | : CASE NO.: : 25CV001126 : |
| **CAPRI CORK, LLC, DBA LITITZ FLOORING COMPANY** DEFENDANT. | : : : : : |

**DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT**

Comes now, Defendant CAPRI CORK, LLC, by and through the undersigned counsel, and files this answer to Plaintiff's complaint and further responds as follows:

## FIRST DEFENSE

Plaintiff is barred from recovery under O.C.G.A. § 9-11-12(b)(6) for failure to state a claim upon which relief can be granted.

## SECOND DEFENSE

Plaintiff is barred from recovery since Plaintiff failed to provide an opportunity to cure the alleged defect which was expressly required by the warranty. *See Culberson v. Mercedes-Benz USA, Ltd.*, 274 Ga. App. 89, 616 S.E.2d 865 (2005).

### THIRD DEFENSE

Plaintiff is barred from recovery as Plaintiff breached the warranty by failing to install the product in accordance with the manufacturer's guidelines.

### FOURTH DEFENSE

Plaintiff is barred from recovery as Plaintiff is at least 50% at-fault for Plaintiff's own injuries since Plaintiff failed to install the product in accordance with the manufacturer's guidelines, failed to reject nonconforming goods, and failed to provide reasonable notice of the alleged defect before incurring substantial labor. *See* O.C.G.A. § 51-12-33.

### FIFTH DEFENSE

Plaintiff is barred from recovery by the doctrines of waiver, laches, and estoppel.

### SIXTH DEFENSE

Plaintiff is barred from recovery since Plaintiff failed to mitigate Plaintiff's damages.

### SEVENTH DEFENSE

Plaintiff is barred from recovery since Plaintiff failed to reject the allegedly nonconforming goods within a reasonable time; Plaintiff waited approximately two years to provide Defendant with notice of the

alleged defect and such is impermissible in the commercial context. *See Intl. Multifoods Corp. v. Nat'l Egg Co.*, 199 Ga. App. 263, 414 S.E.2d 253 (1991); Cobb County v. Mat Factory, Inc., 215 Ga. App. 697, 452 S.E.2d 140 (1994)

### EIGHTH DEFENSE

Defendant reserves the right to assert additional affirmative and other defenses that arise—or have arisen—and reserves the right to amend this Answer to assert such defenses.

### ANSWER:

Defendant responds to the specifically enumerated paragraphs of Plaintiff's complaint as follows:

1. [1]

Defendant does not have sufficient knowledge to admit or deny the information contained in paragraph one (1).

2. [2]

Paragraph two (2) is denied; the correct address is 215 Bucky Dr Lititz, PA 17543.

---

[1] Plaintiff's complaint has two sets of enumerated paragraphs. This response to "paragraph 1" refers to that found on the first page of the Plaintiff's complaint.
[2] This response to "paragraph 2" refers to that found on the first page of the Plaintiff's complaint.

1.[3]

Paragraph one (1) is admitted.

2.

Defendant is without sufficient knowledge to admit or deny the information contained in paragraph two (2). To the extent that further response is necessary, the same is hereby denied.

3.

Paragraph three (3) is denied as written; Defendant is not the manufacturer and has not refused.

4.

Paragraph four (4) is admitted.

5.

Paragraph five (5) is denied.

6.

Paragraph six (6) is denied; Defendant is unaware of any physical injuries or damages other than some alleged costs.

7.

Paragraph seven (7) is incapable of being admitted or denied.

---

[3] From here through the remainder of the document, the paragraphs enumeration corresponds with those which begin on the second page of Plaintiff's complaint.

8.

Paragraph eight (8) is denied.

9.

Paragraph nine (9) is incapable of being admitted or denied.

10.

Paragraph 10 is denied.

71.[4]

Paragraph 71 is denied.

In addition, Plaintiff is not entitled to any of the relief prayed for in Plaintiff's complaint.

Submitted this 28th day of February 2025.

By:       /s/ Tremaine Ross
**Trey Ross M.Ed., Esq.**
GA Bar No. 513017
The Law Office of Trey Ross
5425 Peachtree Parkway
Suite 203
Peachtree Corners, GA 30092
678-362-7576 (Direct)
301-969-2194 (Fax)
trey@treyrosslaw.com
*Attorney for Defendant*

---

[4] Plaintiff's complaint seems to include a typo since paragraph 11 is erroneously enumerated as paragraph 71. So there is no confusion, Defendant responds to the numbered paragraphs as enumerated by Plaintiff's complaint.

## CERTIFICATE OF SERVICE

I hereby certify that DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT was/were served via E-File, email, hand-delivery, private process server, service by the Sheriff, certified mail, and/or USPS mail postage prepaid on the following:

**John McManus, Esq.**
McManus Construction Law, LLC
1245 Brooklawn Rd. NE
Atlanta, GA 30319

Submitted this 28th day of February 2025.

By:      /s/ Tremaine Ross
**Trey Ross M.Ed., Esq.**
GA Bar No. 513017
The Law Office of Trey Ross
5425 Peachtree Parkway
Suite 203
Peachtree Corners, GA 30092
678-362-7576 (Direct)
301-969-2194 (Fax)
trey@treyrosslaw.com
*Attorney for Defendant*